| LEGEND - DATA SOURCE MARKED W/CORRESPONDING COLOR | |
|---|---|
| "MEXICAN BOBBY" TOLLS | 4424004202 |
| FABIAN DUMPSTER PHONE | 2064737989 |
| Raul Arcila iPhone | 9712790581 |
| Placido Ramirez-Coronel | 3607238638 |
| Fabian iPhone | 5033136547 |
| "Che" 760# TOLLS | 7602969882 |

| Seizure Dt Tm | Call Length (sec) | Originating Number | Destination Number | Contact Name | |
|---|---|---|---|---|---|
| 4/2/2014 11:27 | 39 | 4424004202 | 7606987925 | | |
| 4/2/2014 11:28 | 573 | 7606987925 | 4424004202 | | A 760# CALLS MEXICAN BOBBY (OVER 9 MIN LONG) |
| 4/2/2014 11:54 | 81 | 7602969882 | 3607238638 | "Che" | <---- "CHE" CALLS PLACIDO |
| 4/2/2014 12:23 | 17 | 3607238638 | 9712790581 | "Pelon" | <---- PLACIDO CALLS RAUL ARCILA |
| 4/2/2014 12:30 | 18 | 9712790581 | 3607238638 | "Pelon" | <---- RAUL ARCILA CALLS PLACIDO |
| 4/2/2014 12:41 | 69 | 8667957597 | 9712790581 | (No contact) | |
| 4/2/2014 13:34 | 46 | 3607238638 | 7602969882 | "Che" | <---- PLACIDO CALLS "CHE" |
| 4/2/2014 13:42 | 33 | 2064737989 | 7602969882 | | <---- FABIAN SANDOVAL-RAMOS CALLS "CHE" |
| 4/2/2014 13:43 | 126 | 2064737989 | 3607238638 | "Faby" | <---- FABIAN SANDOVAL-RAMOS CALLS PLACIDO |
| 4/2/2014 13:43 | 2 | 7602969882 | 2064737989 | | <---- "CHE" CALLS FABIAN SANDOVAL-RAMOS |
| 4/2/2014 13:44 | 11 | 7602969882 | 2064737989 | | <---- "CHE" CALLS FABIAN SANDOVAL-RAMOS |
| 4/2/2014 13:45 | 7 | 2064737989 | 7602969882 | | <---- FABIAN SANDOVAL-RAMOS CALLS "CHE" |
| 4/2/2014 13:46 | 290 | 2064737989 | 7602969882 | | <---- FABIAN SANDOVAL-RAMOS CALLS "CHE" |
| 4/2/2014 13:51 | 20 | 2064737989 | 7602969882 | | <---- FABIAN SANDOVAL-RAMOS CALLS "CHE" |
| 4/2/2014 13:55 | 416 | 7602969882 | 2064737989 | | <---- "CHE" CALLS FABIAN SANDOVAL-RAMOS |
| 4/2/2014 13:58 | 0 | 5033136547 | 2064737989 | | |
| 4/2/2014 13:58 | 0 | 5033136547 | 2064737989 | | |
| 4/2/2014 14:02 | 334 | 7602969882 | 3607238638 | "Che" | <---- "CHE" CALLS PLACIDO |
| 4/2/2014 14:03 | 242 | 2064737989 | 3238426043 | | |
| 4/2/2014 14:11 | 0 | 5039600035 | 9712790581 | "Pintor Hijo De Jose" | |
| 4/2/2014 14:11 | 83 | 3607238638 | 2064737989 | "Faby" | <---- PLACIDO CALLS FABIAN SANDOVAL-RAMOS |
| 4/2/2014 14:26 | 41 | 9712790581 | 5038905875 | "Ramiro" | |
| 4/2/2014 14:32 | 0 | 5039600035 | 9712790581 | "Pintor Hijo De Jose" | |
| 4/2/2014 14:35 | 48 | 3607238638 | 2064737989 | "Faby" | <---- PLACIDO CALLS FABIAN SANDOVAL-RAMOS |
| 4/2/2014 14:35 | 59 | 3607238638 | 2064737989 | | |
| 4/2/2014 14:36 | 252 | 2064737989 | 5034065078 | | |
| 4/2/2014 14:41 | 0 | 5039600035 | 9712790581 | "Pintor Hijo De Jose" | |
| 4/2/2014 14:49 | 28 | 5033136547 | 5034067299 | | |
| 4/2/2014 14:59 | 4 | 3607238638 | 5039291221 | (No contact) | |
| 4/2/2014 15:04 | 118 | 2064737989 | 5038395964 | | |
| 4/2/2014 15:11 | 5 | 3607238638 | 5039291221 | (No contact) | |
| 4/2/2014 15:31 | 4 | 3607238638 | 7602969882 | "Che" | <---- PLACIDO CALLS "CHE" |
| 4/2/2014 15:35 | 2 | 5038905875 | 9712790581 | "Ramiro" | |
| 4/2/2014 15:43 | 36 | 5038995845 | 4424004202 | | <---- CALL PLACED BY BAKER TO ORDER 8 OUNCES (HALF POUND) |
| 4/2/2014 15:45 | 0 | 9712790581 | 5038905875 | "Ramiro" | |
| 4/2/2014 15:50 | 44 | 4424004202 | 5038995845 | | <---- CALL RECEIVED BY BAKER FROM "MX BOBBY" |
| 4/2/2014 15:59 | 49 | 5035487294 | 2064737989 | | |
| 4/2/2014 16:11 | 85 | 7602969882 | 3607238638 | "Che" | <---- "CHE" CALLS PLACIDO |
| 4/2/2014 16:12 | 0 | 3607238638 | 5032697337 | "Prima Lisa" | |
| 4/2/2014 16:15 | 0 | 5032697337 | 3607238638 | "Prima Lisa" | |
| 4/2/2014 16:25 | 197 | 5038905875 | 9712790581 | "Ramiro" | |

Sentencing Exhibit 1
Page 1 of 3


PLAINTIFF'S EXHIBIT 129

| Date/Time | Duration | From | To | Note |
|---|---|---|---|---|
| 4/2/2014 16:26 | 259 | 3607238638 | 7602969882 "Che" | <---- PLACIDO CALLS "CHE" |
| 4/2/2014 16:47 | 85 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| **4/2/2014 16:48** | **44** | **3607238638** | **2064737989** | **<---- PLACIDO CALLS FABIAN SANDOVAL-RAMOS** |
| 4/2/2014 16:49 | 100 | 7602969882 | 3607238638 "Che" | <---- "CHE" CALLS PLACIDO |
| 4/2/2014 16:53 | 51 | 7602969882 | 3607238638 "Che" | <---- "CHE" CALLS PLACIDO |
| 4/2/2014 16:58 | 31 | 5038995845 | 4424004202 | <---- BAKER ADVISES ARRIVED. SURVEILLACE ADVISED |
| 4/2/2014 16:59 | 32 | 7602969882 | 3607238638 "Che" | <---- "CHE" CALLS PLACIDO |
| 4/2/2014 17:05 | 26 | 5596665409 | 2064737989 | |
| 4/2/2014 17:19 | 20 | 3607238638 | 7602969882 "Che" | <---- PLACIDO CALLS "CHE" |
| 4/2/2014 17:19 | 46 | 4424004202 | 5038995845 | <---- BAKER RECEIVES CALL ASKING WHERE HE IS; HE SAYS ARRIVED |
| 4/2/2014 17:20 | 0 | 4424004202 | 6232081986 | |
| 4/2/2014 17:20 | 50 | 7602969882 | 3607238638 "Che" | <---- "CHE" CALLS PLACIDO |
| 4/2/2014 17:21 | 90 | 4424004202 | 5038995845 | <---- BAKER RECEIVES CALL CHANGING DEAL LOCATION |
| 4/2/2014 17:22 | 29 | 3607238638 | 7602969882 "Che" | <---- PLACIDO CALLS "CHE" |
| 4/2/2014 17:23 | 33 | 4424004202 | 5038995845 | <---- BAKER RECEIVES CALL CHANGING DEAL LOCATION |
| 4/2/2014 17:27 | 37 | 3607238638 | 7602969882 "Che" | <---- PLACIDO CALLS "CHE" |
| **TRAFFIC STOP ON HONDA - PLACIDO AND RAUL IN CUSTODY ; 13 OUNCES OF HEROIN SEIZED FROM VEHICLE TRAP COMPARTMENT** | | | | |
| 4/2/2014 17:30 | 0 | 7602969882 | 3607238638 "Che" | <---- CALL FROM "CHE" TO PLACIDO UNANSWERED. TRAFFIC STOP IN PROGRESS |
| 4/2/2014 17:32 | 0 | 7602969882 | 3607238638 "Che" | <---- CALL FROM "CHE" TO PLACIDO UNANSWERED. TRAFFIC STOP IN PROGRESS |
| 4/2/2014 17:36 | 0 | 3235402166 | 9712790581 "Beto 2" | <---- CALL FROM "BETO 2" TO RAUL, UNANSWERED. |
| 4/2/2014 17:39 | 0 | 2064737989 | 3607238638 "Faby" | <---- CALL FROM FABIAN SANDOVAL-RAMOS TO PLACIDO |
| 4/2/2014 17:39 | 34 | 2064737989 | 3607238638 | <---- CALL FROM FABIAN SANDOVAL-RAMOS TO PLACIDO |
| 4/2/2014 17:39 | 7 | 2064737989 | 7602969882 | <---- CALL FROM FABIAN SANDOVAL-RAMOS TO "CHE" |
| 4/2/2014 17:40 | 8 | 2064737989 | 7602969882 | <---- CALL FROM FABIAN SANDOVAL-RAMOS TO "CHE" |
| 4/2/2014 17:41 | 0 | 7602969882 | 3607238638 "Che" | <---- CALL FROM "CHE" TO PLACIDO, UNANSWERED. |
| 4/2/2014 17:41 | 0 | 7602969882 | 3607238638 "Che" | <---- CALL FROM "CHE" TO PLACIDO, UNANSWERED. |
| 4/2/2014 17:41 | 7 | 2064737989 | 7602969882 | <---- CALL FROM FABIAN SANDOVAL-RAMOS TO "CHE" |
| 4/2/2014 17:42 | 20 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 17:42 | 7 | 2064737989 | 7602969882 | <---- CALL FROM FABIAN SANDOVAL-RAMOS TO "CHE" |
| | | | | THIS IS THE LAST CALL PLACED FROM THIS PHONE PER TOLLS |
| 4/2/2014 17:43 | 0 | 3235402166 | 9712790581 "Beto 2" | <---- CALL FROM "BETO 2" TO RAUL, UNANSWERED. |
| 4/2/2014 17:43 | 15 | 9718019158 | 4424004202 | |
| 4/2/2014 17:44 | 33 | 9718019158 | 4424004202 | |
| 4/2/2014 17:47 | 31 | 9718019158 | 4424004202 | |
| 4/2/2014 17:49 | 31 | 9718019158 | 4424004202 | <---- 7 MORE CALLS TO MEXICAN BOBBY # |
| 4/2/2014 17:53 | 29 | 9718019158 | 4424004202 | |
| 4/2/2014 17:56 | 30 | 9718019158 | 4424004202 | |
| 4/2/2014 18:04 | 33 | 9718019158 | 4424004202 | |
| 4/2/2014 18:08 | 0 | 5038905875 | 9712790581 "Ramiro" | |
| 4/2/2014 18:09 | 0 | 5038905875 | 9712790581 "Ramiro" | |
| 4/2/2014 18:11 | 33 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 18:13 | 0 | 5038905875 | 9712790581 "Ramiro" | |
| 4/2/2014 18:18 | 30 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 18:21 | 30 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 18:25 | 22 | 5035740203 | 4424004202 | |
| 4/2/2014 18:28 | 0 | 5038905875 | 9712790581 "Ramiro" | |
| 4/2/2014 18:31 | 30 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 18:38 | 33 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 18:47 | 0 | 5038905875 | 9712790581 "Ramiro" | |
| 4/2/2014 18:48 | 33 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |

| Date/Time | Duration | From | To | Note |
|---|---|---|---|---|
| 4/2/2014 19:00 | 0 | 5038917585 | 9712790581 (No contact) | |
| 4/2/2014 19:01 | 0 | 7602969882 | 3607238638 "Che" | <---- CALL FROM "CHE" TO PLACIDO, UNANSWERED. |
| 4/2/2014 19:01 | 0 | 7602969882 | 3607238638 "Che" | <---- CALL FROM "CHE" TO PLACIDO, UNANSWERED. |
| 4/2/2014 19:07 | 30 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 19:15 | 29 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 19:31 | 31 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 19:44 | 0 | 5038905875 | 9712790581 "Ramiro" | |
| 4/2/2014 19:46 | 31 | 9718019158 | 4424004202 | <---- ANOTHER CALL TO "MEXICAN BOBBY" |
| 4/2/2014 19:53 | 0 | 5038493611 | 3607238638 "Diega" | |
| 4/2/2014 19:55 | 0 | 5038493611 | 9712790581 "Diega" | <---- "Diega" (as saved in both Placido and Raul's phones) tries repeatedly to contact "Mexican Bobby," Raul, and Placido, all calls appear unanswered |
| 4/2/2014 19:56 | 0 | 5038493611 | 9712790581 "Diega" | |
| 4/2/2014 19:56 | 0 | 5038493611 | 3607238638 "Diega" | |
| 4/2/2014 20:10 | 29 | 5038493611 | 4424004202 | |
| 4/2/2014 20:43 | 0 | 5032697337 | 3607238638 "Prima Lisa" | |
| 4/2/2014 20:43 | 0 | 5032697337 | 3607238638 "Prima Lisa" | |
| 4/2/2014 20:59 | 7 | 9718019158 | 4424004202 | |
| 4/2/2014 21:11 | 9 | 9718019158 | 4424004202 | |
| 4/2/2014 21:43 | 7 | 9718019158 | 4424004202 | |
| 4/2/2014 21:49 | 10 | 9718019158 | 4424004202 | |
| 4/2/2014 21:50 | 5 | 5037066043 | 4424004202 | |
| 4/2/2014 21:51 | 7 | 5037066043 | 4424004202 | |
| 4/2/2014 21:52 | 6 | 5037066043 | 4424004202 | <---- ALL CALLS TO "MEXICAN BOBBY" APPEAR UNANSWERED |
| 4/2/2014 21:54 | 5 | 5037066043 | 4424004202 | |
| 4/2/2014 22:00 | 6 | 5039957683 | 4424004202 | |
| 4/2/2014 22:01 | 4 | 5037066043 | 4424004202 | |
| 4/2/2014 22:08 | 6 | 5039957683 | 4424004202 | |
| 4/2/2014 22:40 | 5 | 5038995845 | 4424004202 | <---- AGENTS CALLED "MEXICAN BOBBY"; CALL TO VOICEMAIL |