| April 2, 2014 | |
|---|---|
| 3:43 pm | Baker orders 8oz from (442) |
| 4:11 pm | Che calls Ramirez-Coronel |
| 4:26 pm | Ramirez-Coronel calls Che |
| 4:48 pm | Ramirez-Coronel calls Sandoval Ramos |
| 4:49 & 4:53 pm | 2 calls Che to Ramirez-Coronel |
| 4:58 pm | Baker calls (442), says he's arrived |
| 4:59 & 5:19 pm | 2 calls between Che and Ramirez-Coronel |
| 5:19 pm | Baker called by (442), asks where he is |
| 5:20 pm | Che calls Ramirez-Coronel |
| 5:21 pm | Baker called by (442) re: location change |
| 5:22 pm | Ramirez-Coronel calls Che |
| 5:23 pm | Baker called by (442) re: location change |
| 5:27 pm | Ramirez-Coronel calls Che |
|  | Traffic Stop |
| 5:30 & 5:32 pm | 2 calls Che to Ramirez-Coronel |
| 5:39 pm | Sandoval Ramos calls Ramirez-Coronel |
| 5:39 & 5:40 pm | 2 calls Sandoval Ramos to Che |
| 5:41 pm | 2 calls Che to Ramirez-Coronel |
| 5:41 & 5:42 pm | 2 calls Sandoval Ramos to Che |


Fabian Sandoval Ramos


Placido Ramirez-Coronel


Raul Arcila


Shane Baker


GOVERNMENT EXHIBIT 131

Sentencing Exhibit 2
Page 1 of 1