FILED

NOV 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>RAUL ARCILA,<br>FABIAN SANDOVAL-RAMOS,<br><br>    Defendants-Appellants. | Nos. 16-30109, 16-30110<br><br>D.C. Nos. 3:14-cr-00267-BR-3<br>      3:14-cr-00267-BR-1<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court sua sponte consolidates appeal Nos. 16-30109 and 16-30110. The appellants' unopposed motions (Docket Entry No. 14 in 16-30109, Docket Entry No. 5 in 16-30110) for further extensions of time to file the opening briefs are granted. The opening brief(s) are due January 18, 2017. The appellants are reminded of the court's preference for joint briefing. *See* Circuit Advisory Committee Note to 9th Cir. R. 32-2. The consolidated answering brief is due February 17, 2017. The optional reply brief(s) are due within 14 days after service of the consolidated answering brief.

tah/11.7.16/Pro Mo