William H. Stockton, OSB #743163
whs@brisbeeandstockton.com
**BRISBEE & STOCKTON LLC**
139 N.E. LINCOLN STREET
P.O. BOX 567
HILLSBORO, OREGON 97123
Phone: (503) 648-6677
Fax: (503) 648-1091

Attorneys for Former Defense Counsel Robert L. Sepp

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>RAUL ARCILA,<br>　　　　Defendant. | Civil No. 3:14-CR-00267-BR<br><br>**ORDER COMPELLING FORMER COUNSEL TO PROVIDE RESPONSIVE DOCUMENTS AND TESTIMONY** |

The motion to compel defendant Raul Arcila's former criminal defense attorney Robert L. Sepp to produce by affidavit, declaration, or deposition any documents or testimony pertinent to the claims of ineffective counsel asserted in defendant Arcila's 28 U.S.C. § 2255 motion to vacate or vacate sentence is allowed as follows:

Robert L. Sepp shall produce testimony or documents, including attorney/client privileged testimony or documents, that are responsive to the claims of ineffective counsel

Page 1 -   **ORDER COMPELLING FORMER COUNSEL TO PROVIDE RESPONSIVE DOCUMENTS AND TESTIMONY**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

1  asserted by defendant Arcila in the above-entitled matter. This order does not require
2  Robert Sepp to provide privileged attorney/client testimony or documents that are not
3  relevant or responsive to the ineffective counsel claims.

4  **DATED** this 14th day of November, 2019.

_____
Anna J. Brown, United States District Court Judge
District of Oregon

Page 2 -   **ORDER COMPELLING FORMER COUNSEL TO PROVIDE RESPONSIVE DOCUMENTS AND TESTIMONY**

BRISBEE & STOCKTON LLC
Attorneys at Law
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com