IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,
       Plaintiff,
vs.

RAUL ARCILA
       Defendant.

Case No.  3:14 CR 00267 (BR)

MOTION TO WITHDRAW SECTION 2255 MOTION

Raul Arcila, through his counsel Michael R. Levine, moves to withdraw his previously filed pro se 2255 motion.   This motion is based on the files and records of this case and the attached declaration of counsel.

/s/ *Michael R. Levine*

DECLARATION OF MICHAEL R. LEVINE

I, Michael R. Levine, declare as follows:

1. I represent Mr. Raul Arcila who filed a pro se motion to vacate his conviction in this case, pursuant to 28 U.S.C § 2255.

2. I have conveyed to Mr. Arcila a declaration by his previous attorney, Mr. Sepp. I have also conveyed to him a pathologist's report from an expert retained by me.

3. Mr. Arcila has advised me (via Corrlinks) that he concurs in this motion to withdraw his Section 2255 motion.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

/s/*Michael R. Levine*
Michael R. Levine